

**FILED**

JUN 25 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| PATRICK WHITE, | |
| Plaintiff, | No. CV 13-81-BLG-SEH |
| vs. | **ORDER** |
| SUPREME COURT OF TEXAS, and TEXAS STATE PAROLE BOARD | |
| Defendants. | |

On June 17, 2013, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations[1] in this matter, recommending this Court deny his petition to proceed in forma pauperis because he has exceeded the "three strikes" allowed by the Prison Litigation Reform Act to a prisoner attempting to proceed in forma pauperis in a federal civil lawsuit and his allegations do not plausibly

---

[1] Docket No. 26.

support a finding that he is in "imminent danger of serious physical injury." As such, Plaintiff was not allowed to file written objections and did not attempt to file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff is not allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

2. The Clerk of Court is directed to enter judgment against Plaintiff and close this case.

DATED this 25th day of June, 2013.

SAM E. HADDON
United States District Judge